United States District Court
Middle District of Florida
Orlando Division

**LEONOR GONZALEZ,**

    *Plaintiff,*

v.   NO. 6:20-cv-2405-GKS-PDB

**COMMISSIONER OF SOCIAL SECURITY,**

    *Defendant.*

# Order

The Commissioner of Social Security moves to stay this action pending a decision by the United States Court of Appeals for the Eleventh Circuit in *Savage v. Saul*, No. 20-11647. The Commissioner explains the decision in *Savage* will determine the outcome in this action. Leonor Gonzalez has no opposition to a stay. Doc. 16 at 2.

For the reasons stated in the motion, a stay is warranted. The Court **grants** the motion, Doc. 16, **stays** the case, and **directs** the clerk to administratively close the case during the stay. On **August 13, 2021**, and every sixty days thereafter, the Commissioner must file a notice informing the Court of the status of the appeal. Within 60 days of a decision in *Savage*, the parties must jointly notify the Court how they plan to proceed in this action. If the plaintiff plans to continue this action, the parties must provide suggested

2

deadlines for managing the case, including a suggested deadline for responding to the complaint, Doc. 1, and filing the administrative record.

**Ordered** in Jacksonville, Florida, on April 7, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*